UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ARTURO RIVERA,

                             Plaintiffs,

          -against-

CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F. HORN,
WARDEN MICHAEL HOURIHANE, CORRECTION
OFFICER ORTIZ, CORRECTION OFFICER COOPER,
and JOHN DOE OFFICERS 1-3

                             Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 9632 (NRB)

       **PLEASE TAKE NOTICE** that **Sabrina Tann**, Assistant Corporation Counsel, is serving as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Martin Horn, effective November 21, 2007.

Dated: New York, New York
       November 26, 2007

                           MICHAEL A. CARDOZO
                           Corporation Counsel of the City of New York
                           Attorney for Defendants City of New York and Martin Horn
                           100 Church Street, Room 3-221
                           New York, New York 10007
                           (212) 442-8600

                       By: _____
                           Sabrina Tann (ST 2552)
                           Assistant Corporation Counsel