12122272030                                                        15 44 14   03 04 2008        2/3



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SABRINA TANN
Phone: (212) 442-8600
Fax: (212) 788-9776
stann@law.nyc.gov

March 4, 2008

**BY FACSIMILE**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl St., Room 650
New York, New York 10007
Fax: 212-805-7927





Re: <u>Arturo Rivera v. City of New York, et. al.</u>, 07 CV 9632 (NRB)[1]

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action and I write to respectfully request that the Court adjourn the initial conference currently scheduled for March 26, 2008 at 4:00 p.m. to a date and time that is convenient for the Court following March 28, 2008. I have contacted plaintiff's counsel Nicole Bellina, Esq., and she consents to this request. Additionally, for the Court's convenience counsel for all parties will be available on April 9 or April 10, 2008 at anytime to participate in a rescheduled initial conference.

    An adjournment of the initial conference is necessary because I will be participating as trial counsel in the matter of <u>Jermaine Sutton v. City of New York et al.</u>, 05 CV 1215 (JBW)(JMA), which is scheduled to commence on September 24, 2007 and which is anticipated to continue through the week until March 28, 2008. Therefore, on March 26, 2008, I will be unavailable to participate in the scheduled conference. Accordingly, for this reason, I

---

[1] This case has been assigned to Assistant Corporation Counsel Katherine E. Smith, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Smith may be reached directly at (212) 513-0462.

respectfully request that the Court adjourn the initial conference currently scheduled for March 26, 2008 at 4:00 p.m., to a date and time that is convenient for the Court following March 28, 2008.

I thank Your Honor for considering this request.

Respectfully submitted,

Sabrina Tann (ST 2552)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Nicole Bellina, Esq.
      Stoll, Glickman & Bellina, LLP.
      71 Nevins Street
      Brooklyn, New York 11217
      Fax: 718-852-3586
      (By Facsimile)