UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ARTURO RIVERA,

                                Plaintiffs,

          -against-

CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F. HORN,
WARDEN MICHAEL HOURIHANE, CORRECTION
OFFICER ORTIZ, CORRECTION OFFICER COOPER,
and JOHN DOE OFFICERS 1-3

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 9632 (NRB)

      **PLEASE TAKE NOTICE** that **Caryn Rosencrantz**, Assistant Corporation Counsel, is serving as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for City of New York, Martin Horn and Correction Officer Patrick Cooper, Shield No. 14487, effective March 19, 2008.

Dated: New York, New York
       March 19, 2008

                        MICHAEL A. CARDOZO
                        Corporation Counsel of the City of New York
                        Attorney for Defendants City of New York, Martin Horn
                        and Correction Officer Patrick Cooper
                        New York, New York 10007
                        (212) 788-1276

            By: _____
                  Caryn Rosencrantz (CR 3477)
                  Assistant Corporation Counsel

## DECLARATION OF SERVICE

**Katherine E. Smith** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct: On March 19, 2008, I caused to be served the annexed **NOTICE OF APPEARANCE** upon the following plaintiff's counsel herein, by depositing a copy of same, enclosed in a first class, postpaid properly addressed wrapper in a post office/official depository located at 100 Church Street, in the Borough of Manhattan, City of New York, directed to plaintiff's counsel at the address set forth below, being plaintiff's counsel's business address:

    Nicole Bellina, Esq.
    Attorney for Plaintiff
    71 Nevins Street
    Brooklyn, New York 11217

Dated:    New York, New York
            March 19, 2008

                                                              Katherine E. Smith