

**STOLL, GLICKMAN & BELLINA'' ATTORNEYS AT LAW**

71 Nevins Street
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com



April 21, 2008

Honorable Judge Naomi Buchwald
U.S. District Court, SDNY
500 Pearl St. Rm. 2270
New York, NY 10007
BY FAX

Re:  Arturo Rivera v. City of New York et al. 07CV9632 (NRB)(RLE)

Your Honor-

I write to request permission to amend the complaint in this action.  Opposing counsel, Assistant Corporation Counsel Katherine Smith, consents to this request.

I seek to replace Warden Hourihane with Warden Lionel Lorquet who was the warden of OBCC at the time of this incident.  In addition, I seek to add Correction Officer Joseph Fina who was present during the incident underlying plaintiff's claim.

Thank you for your time in this matter.

Sincerely Yours,

Nicole Bellina
718 852 4491

cc: ACC Katherine Smith (BY FAX)